JS 6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAVIER LOPEZ TAPIA, an individual, on behalf of himself and on behalf of all persons similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>PANDA EXPRESS, LLC, a California Company; PANDA EXPRESS, INC., a California Corporation; PANDA EXPRESS (P.R.), INC., a California Corporation; and Does 1 through 50, Inclusive,<br><br>Defendants. | Case No. 2:16-cv-2323 DSF(RAOx)<br><br>**[PROPOSED] ORDER GRANTING JOINT STIPULATION TO REMAND ACTION TO STATE COURT**<br><br>Complaint Filed:    January 21, 2016<br>FAC Filed:             March 4, 2016<br>Complaint Removed: April 5, 2016<br>Trial Date:             None<br>District Judge:      Hon. Dale S. Fischer<br>Magistrate Judge:  Hon. Rozella A. Oliver |

Case No. 2:16-cv-2323 DSF(RAOx)

**ORDER**

Good cause appearing, and pursuant to the JOINT STIPULATION TO REMAND ACTION TO STATE COURT, it is hereby ordered as follows:

1. This action shall be remanded to the Superior Court of the State of California for the County of Los Angeles.

**IT IS SO ORDERED**.

DATED:  6/23/16

_____
The Honorable Dale S. Fischer
Judge of the United States District Court